```
Warren L. Gilbert, Esq., SBN 92647
HOSP, GILBERT & BERGSTEN
A Law Corporation
301 North Lake Avenue, Suite 410
Pasadena, CA 91101
(626) 792-2400, Fax: (626) 356-9656
```

FILED
CLERK, U.S. DISTRICT COURT
July 9, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_PMC\_\_\_\_ DEPUTY

Attorneys for Defendant DANE TECHNOLOGIES, INC., a Minnesota Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JILLIAN KRUGER, an individual,<br><br>  Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; TARGET CORPORATE SERVICE, INC. a Minnesota Corporation; TARGET BRANDS INC., a Minnesota Corporation; DANE TECHNOLOGIES, INC. and DOES 1-20, inclusive<br><br>  Defendants. | Case No. 14-CV-01941-SVW-DTB<br>Judge:   Hon. Stephen V. Wilson<br>Courtroom:  6<br><br>JS-6<br><br>~~PROPOSED~~ ORDER RE: DISMISSAL WITH PREJUDICE |

**BASED UPON THE STIPULATION OF THE PARTIES,**

IT IS SO ORDERED that this matter be dismissed.

Dated: \_\_\_July 9, 2015_____

*/s/ Stephen V. Wilson*

_____
**Hon. Stephen V. Wilson**
United States District Judge

i